Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of
Division

**RECEIVED**
FEB 0 4 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Case No. 22-cv-353 PJS/BRT
(to be filled in by the Clerk's Office)

ABRAHAM SIGURD LEE
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

PENNINGTON COUNTY POLICE DEPARTMENT
BCA, BUREAU CRIMINAL APPREHENSION
POLICE DEPARTMENT
BCA FORENSIC LAB

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: ABRAHAM SIGURD LEE
Street Address: 9116 WINNETKA AVE NORTH
City and County: NEW HOPE
State and Zip Code: MINNESOTA 55428
Telephone Number: 320 447 9199
E-mail Address: luthuli-loves-z@yahoo.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**SCANNED**
FEB 07 2022
U.S. DISTRICT COURT MPLS

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
  Name: Bureau Criminal Apprehension
  Job or Title (if known): Business
  Street Address: 3700 Norris Ct NW
  City and County: Bemidji, Beltrami
  State and Zip Code: Minnesota 56601
  Telephone Number: 218 755 6600
  E-mail Address (if known):

Defendant No. 2
  Name: Bureau Criminal Apprehension Forensic Lab
  Job or Title (if known): 3700 Norris Cove NW
  Street Address: Bemidji
  City and County: Beltrami County
  State and Zip Code: Minnesota 56601
  Telephone Number: 218 755 6600
  E-mail Address (if known):

Defendant No. 3
  Name: Pennington County
  Job or Title (if known):
  Street Address:
  City and County: Thief River Falls Minnesota, Pennington
  State and Zip Code: Minnesota 56701
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name: Pennington County Police Department
  Job or Title (if known):
  Street Address: Maine Street
  City and County: Thief River Falls Minnesota, Pennington
  State and Zip Code: Minnesota 56701
  Telephone Number:
  E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

VIOLATION OF HUMAN RIGHTS, CONSTITUTIONAL RIGHTS
AMENDMENT FOUR; CLAUSE ARREST AFTER TRIAL WAS WON PUTTED SEE ATTACHED EVIDENCE; AMENDMENT 5; DOUBLE JEAPORDY PER REQUEST BY BCA TO ARREST
AMENDMENT 6; CLAUSE FAIR TRIAL VIOLATION REE ARREST AFTER TRIAL WON
AMENDMENT FOUR; CLAUSE PRIVACY DNA INVASIVE 18 US CODE § 1512 TAMPER EVIDENCE; 1965 THIRD AMENDMENT CITED EVIDENCE OF PRIVACY RIGHT VIOLATED IN FOURTH AMENDMENT

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* ABRAHAM SIGURD LEE, is a citizen of the State of *(name)* MINNESOTA.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* BUREAU CRIM APPLEHGROIN, is a citizen of the State of *(name)* MINNESOTA. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

    Or is incorporated under the laws of *(foreign nation)* _____

    and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

DNA WAS WRONGFULLY KEPT ON FILE AFTER 5HR DELIBERATION NOT GUILTY JURY OF 12. DNA KEPT IN FILE FOR 16 YEARS OF SEXUAL CONVICTED PREDATORY SEX OFFENDERS LIST. BCA LIST, MISDEMEANOR CHECKS CONVICTION AS FELONY RETAINS DNA ILLEGALLY. BCA LIST KIDNAPPING ALTHOUGHT NOT CONVICTED OF KIDNAPPING. BCA PROCESS ARREST IN PLAINFIELD ILL AFTER MR. LEE MOVES IN 2010 VIOLATING THE DOUBLE JEOPARDY ACT 5TH AMENDMENT. SEE THE ATTACHED DOCUMENTS OF CASE WIN. THIS VIOLATES PRIVACY ACTS, RACE ACTS, CIV RIGHTS — DNA WAS TO BE DESTROYED —

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

PRIVACY, RACE, RACE PROFILING, HUMAN RIGHTS, TAMPERING EVIDENCE, DOUBLE JEAPARDY, WRONGFUL IMPRISONMENT, STALK, HARASS, INTIMIDATE,

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

16 YEARS OF BEING WRONGFULLY PROFILED THROUGH DNA KIT, LISTED ON SEX OFFENDERS CONVICTED DNA DATABASE ILLEGALLY BY USE OR TAMPER EVIDENCE THAT WAS TO BE DESTROYED UPON NOT GUILTY VERDICT ATTACHED DOCUMENT PROVIDE EVIDENCE OR REQUEST AS ATTACHED WHILE RESIDING IN ILLINOIS PER DOUBLE JEAPARDY CLAUSE VIOLATION MISCARRIAGE OF JUSTICE INVADE PRIVACY RACIALLY PROFILE STALK HARASS 35.0 MILLION PUNITIVE DAMAGES   INTIMIDATE