STATE OF MINNESOTA

NORTHERN JUDICIAL COURT

THE SIXTH JUDICIAL DISTRICT COURT

**RECEIVED**

FEB 0 4 2022

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

|  |  |
|---|---|
| | ) |
| | ) |
| | ) |
| Plaintiffs, State of Minnesota | ) |
| VS | ) |
| | ) Case No.: 69DU-CR-21-2918 |
| Defendants, Abraham Sigurd Lee. | ) |

### DEFENDANT'S MOTION TO DISMISS

NOW COMES Defendant Abraham Sigurd Lee with Assistant Public Defender Laura Zimm on behalf of the criminal matter 69DU-CR-21-2918 in the Sixth Judicial District Court in the State of Minnesota Motion To Dismiss With Prejudice pursuant to Criminal Sexual Conduct in the Third Degree.

### BACKGROUND

St Louis County Attorney Victoria Wanta introduced Criminal Sexual Conduct pursuant to Rule 7.02 in regards to. 57-CR-07-912 with disregard to being found not Guilty Unanimously within this criminal hearing. See the Attached With the Criminal proceedings Verdict Not Guilty listed as 69-CR-07-912, which is in fact the same litigation 57-CR-07-912 where Defendant Abraham Sigurd Lee was found not guilty by jury trial. For 14 Years the BCA has held a non convicted offenders DNA within their DATABASE your Honor with Prejudice to Criminal Procedures of Law, by those Of the Department of Justice to not Exclude, the American Bar Association, or the BCAs own law of procedure. After Defendant Abraham Sigurd Lee was Found not Guilty of a crime his DNA was to be destroyed not held in the BCA DATABASE of CONVICTED OFFENDERS.

### ARGUMENT

A. Plaintiffs' complaint should be dismissed pursuant to Criminal Sexual Conduct in the Third Degree.

DNA typing or profiling pursuant to 57-CR-07-912 where Defendant Abraham Sigurd Lee was found not guilty by jury trial and was used pursuant 69DU-CR-21-2918 which would otherwise warrant tamper or abuse of evidence by the BCA, violation of human rights to privacy, stereo typing, racial negligence, wrongful profiling of a non convicted offense see 69-CR-07-912.



SCANNED
FEB 0 7 2022
U.S. DISTRICT COURT MPLS

**B. Plaintiffs' complaint** should be dismissed pursuant to **Criminal Sexual Conduct in the Third Degree.**

**Kathryn Roche** Forensic Scientist with report of **1H DNA Cell Infraction** was used by test in the BCA **Database for Convicted Sexual Offenders** in which **Abraham Sigurd Lee** was found not guilty in **Criminal case 57-CR-07-912.** Although **Jennifer Nielsen** has alleged two different inconsistent reports to the **Police Department,** The DNA would be consistent to the conversation between alleged Victim **Jennifer Nielsen** and alleged **Defendant Abraham Sigurd Lee** submitted to the **District Attorneys Office** in **January of 2021 regarding a shower resulting in consensual sex;** "Person or Persons both whom had had a shower together as spoken via text messaging therefore causing a **miscarriage of Justice and or False Police Report Libel or Slander of Public Figure** by the alleged Victim Jennifer Nielsen.

**C. Plaintiffs' complaint** should be dismissed pursuant to **Criminal Sexual Conduct in the Third Degree.**

The alleged Victim Jennifer Nielsen pursued to file charges due to her own form of harassment which provide substantial evidence to **Libel Slander Deformation of Character of a Public Figure ;** Defendant **Abraham Sigurd Lee** was trying to obtain the evidence of self incrimination " I would not have filed charges on you had you left me alone" as well as a " LMAO" which indicates laughing my ass off via text messaging which is provided in texts from **alleged Victim Jennifer Nielsen** that afternoon. See attached Messages.

**D. Plaintiffs' complaint** should be dismissed pursuant to **Criminal Sexual Conduct in the Third Degree.**

**Duluth Police Department 2030 North Alington Avenue Duluth Mn 5581 Lab No b21-02008 DNA Criminal Sexual Conduct Jennifer Nielsen, Abraham Sigurd Lee Bureau of Criminal Apprehension Forensic Science Laboratory Bemidji 3700 North Norris Court NW Bemidji MN 56601 AN ANAB ACCREDITED TESTING LABORATORY ISO/IEC 17025 Submitted Evidence Kit 1 1A 1B 1C 1D 1E 1F 1G 1H** was ran through a criminal **Convicted Sexual Offender Database** which was compared to the DNA typing or profiling  pursuant to **57-CR-07-912** where **Defendant Abraham Sigurd Lee** was found not guilty by jury trial and was used pursuant **69DU-CR-21-2918** which would otherwise warrant tamper or abuse of evidence by the **BCA,** violation of human rights to privacy, stereo typing, racial negligence, wrongful profiling of a non convicted offense see 2007 to 2009 **{69-CR-07-912 Verdict not guilty}.**

**E. Plaintiffs' complaint** should be dismissed pursuant to **Criminal Sexual Conduct in the Third Degree.**

**12-CR-459 Aggravated Assault ,Joliet vs Abraham Sigurd Lee** was pursued in **Civil Lawsuit which is still pending. The alleged victim Larry Borrum** was arrested in a seperate criminal matter for assaulting **Abraham Sigurd Lee's** sister and threatening his immediate family. He is in fact the reason why they are on the Safe At Home Program. See 1:2013cv6435  Lee vs Will County Civil Bivens 42 U.S.C § 1983

**F. Plaintiffs' complaint** should be dismissed pursuant to **Criminal Sexual Conduct in the Third Degree.**

**CR-272-16 Montgomery County, Pennsylvania**

**District Attorney Victoria Wanta** introduced Stalking, Resisting Arrest and or other criminal charges which were annulled as **Defendant Abraham Sigurd Lee** was assaulted by Police Officers and then assaulted by Correctional Officers whom are related to those officers of the **Abbington Police Department, Pennsylvania.** To not exclude the hire of inmates to assault **Defendant Abraham Sigurd Lee,** in which **Defendant Abraham Sigurd Lee** has tried numerous amounts of times to obtain a **Civil Attorney** for the alleged matter **CR-272-16 Montgomery County, Pennsylvania** as a **Miscarriage of Justice** had occurred resulting in **Defendant Abraham Sigurd Lee** to seek outside **immediate medical attention** via **St Cloud Hospital** while in **Minnesota** due to complaint of ribs and spine.

**WHEREFORE, Defendant Abraham Sigurd Lee** requests that this matter be dismissed with prejudice **in the misuse of BCA DNA Database, Violation of Human Rights to Privacy, Prejudice to Criminal Procedures of Law; Violations** of laws of the **Department of Justice** to not Exclude, the **American Bar Association,** or the BCAs own law of procedure. After **Defendant Abraham Sigurd Lee** was Found not Guilty of a crime his **DNA** was to be destroyed not held in the **BCA DATABASE** of **CONVICTED OFFENDERS.** Abuse of Judicial process; Constituting abuse of process ; Tamper with Evidence; Abuse of Power.

Respectfully Submitted,

Defendant, Abraham Sigurd Lee

Attorney, Laura Zimm

**11-29-2021**

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SHOPPING    YAHOO PLUS        **Upgrade Now**

Find messages, documents, photos or people    ⌄

Compose

← Back   ↩   ↩↩   ➡   🗄 Archive   🗄 Move   🗑 Delete   ⊘ Spam

Inbox        999+
Unread
Starred
Drafts       25
Sent
Archive
Spam
Trash
⌃ Less

Views       Hide
  🖼 Photos
  Documents
  Subscriptions
  Deals
  Groceries
  Receipts
  Travel

Folders     Hide
+ New Folder
  3M Lawsuit      9
  Bank Info cele...  225
  Bulk Mail       24
  cashapp        621
  Chime          13
  claim esure     6
  definitions
  Dorrance
  Drafts         19
  Duluth
  FOIA TICKETS
  GMG CWAL TR...   1
  GoFundMe        8
  IJCS           35
  Invention       2
  Iran 9 Bank la...
  Lake of The W...
  lexington law   40
  LinkedIn        16
  o              5

## Minnesota Lawyer Referral – Your Payment Receipt

Yahoo/Duluth

 **Minnesota Lawyer Referral and Information Service**

communications@intouchondemand.cc
+ Add to contacts

**Minnesota Lawyer Referral**    Tue, Dec 14, 2021 at 2:08 PM
To:
luthuli_loves_z@yahoo.com

Greetings,

Thank you for remitting a payment to the MNLRIS. Your payment information is

Our best,

MNLRIS Staff
MNLRIS@mnbars.org | MNLRIS Client Line:612.752.6699 | Fax:612-752-6601

### Payment Information:

| Date | Amount | Payment Mode |
|------|--------|--------------|
| 12/14/2021 | $30.00 | Credit Card |

**CONFIDENTIAL COMMUNICATION:** This communication may contain proprietar
confidential. If you are not the intended recipient, the reading, copying, disclosure
strictly prohibited and you are instructed to delete this email immediately.

**Computer generated email-do not reply directly.**
© IntelLinx, Inc. – All rights reserved – Privacy Policy

↩   ↩↩   ➡   ...

Reply, Reply All or Forward

**Outbox**

**redtube**         4

**Reverb Nation**   46

**The Yellow Foo...**

**Upgrade Disch...**

**Veterans Affairs**   5

**Wendy Keller**    3

State of Minnesota
County of St. Louis

District Court
6th Judicial District

Prosecutor File No.        21-02-163672
Court File No.        69DU-CR-21-2918

**State of Minnesota,**

Plaintiff,

vs.

**ABRAHAM SIGUARD LEE    DOB: 11/17/1984**

627 S 66th Avenue W
Duluth, MN 55807

Defendant.

**COMPLAINT**

Summons

The Complainant submits this complaint to the Court and states that there is probable cause to believe Defendant committed the following offense(s):

### COUNT I

**Charge: Criminal Sex Conduct-3rd Degree-Force or Coercion**
Minnesota Statute: 609.344.1(c)
Maximum Sentence: Fifteen (15) years and/or $30,000
Offense Level: Felony

Offense Date (on or about): 01/06/2021

Control #(ICR#): 21002032

Charge Description: That the defendant, ABRAHAM SIGUARD LEE, did engage in sexual penetration with another person, to-wit: J.L.N., using force or coercion to accomplish said penetration.

1

## STATEMENT OF PROBABLE CAUSE

The Complainant states that the following facts establish probable cause:

On January 5, 2021, ABRAHAM SIGUARD LEE, D.O.B. 11/17/1984, hereinafter referred to as the Defendant, drove to Duluth to meet J.L.N. at 101 West Third Street, APT 329, in Duluth, St. Louis County, Minnesota. They had recently met on a dating app and agreed to meet in person. J.L.N. said she was on the dating app to meet women. When she saw that the Defendant liked her, she talked to him and thought they could be friends because she could talk to him about personal things that were going on in her life.

The Defendant arrived in Duluth around 6PM. They hung out and talked for a few hours. In the early morning hours of January 6th, the Defendant started touching J.L.N.'s legs, vaginal area, and breast area. She told him to stop, and he did. A short time later, the Defendant tried to pull her pants down. J.L.N. told him to stop around 20 times and was holding her own pants up to keep the Defendant from pulling them down. The Defendant continued and got on top of J.L.N. J.L.N. pushed him off of her multiple times and kept saying "no." Finally, J.L.N. "played nice" and laid there as he put his penis inside her vagina and performed other sexual acts. The Defendant ejaculated. J.L.N. told the officer there was nothing she could do. She said, "What am I gonna do? Call the cops while he's in my apartment?"

The Defendant said that he got to J.L.N.'s apartment around 6PM. He said they hung out and started kissing. Then he said J.L.N. told him to "fuck me." He said they had consensual sex.

2

## SIGNATURES AND APPROVALS

Complainant requests that Defendant, subject to bail or conditions of release, be:
(1) arrested or that other lawful steps be taken to obtain Defendant's appearance in court; or
(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.

Complainant declares under penalty of perjury that everything stated in this document is true and correct. Minn. Stat. § 358.116; Minn. R. Crim. P. 2.01, subds. 1, 2.

**Complainant**          Jacob Moldenhauer              Electronically Signed:
                         Police Officer                09/09/2021 02:34 PM
                         2030 N Arlington Avenue        St. Louis County,  Minnesota
                         Duluth, MN 55811
                         Badge: 537

---

Being authorized to prosecute the offenses charged, I approve this complaint.

**Prosecuting Attorney**  Victoria Wanta                Electronically Signed:
                          Assistant St. Louis County    09/09/2021 12:22 PM
                          Attorney
                          100 N 5th Avenue W
                          Duluth Courthouse, #501
                          Duluth, MN 55802
                          (218) 726-2323

3

## FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant's arrest or other lawful steps be taken to obtain Defendant's appearance in court, or Defendant's detention, if already in custody, pending further proceedings. Defendant is therefore charged with the above-stated offense(s).

## ☒ SUMMONS

THEREFORE YOU, THE DEFENDANT, ARE SUMMONED to appear as directed in the Notice of Hearing before the above-named court to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

## ☐ WARRANT

To the Sheriff of the above-named county; or other person authorized to execute this warrant: I order, in the name of the State of Minnesota, that the Defendant be apprehended  and arrested without delay and brought promptly before the court (if in session), and if not, before a Judge or Judicial Officer of such court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon as such Judge or Judicial Officer is available to be dealt with according to law.

☐ *Execute in MN Only*          ☐ *Execute Nationwide*          ☐ *Execute in Border States*

## ☐ ORDER OF DETENTION

Since the Defendant is already in custody, I order, subject to bail or conditions of release, that the Defendant continue to be detained pending further proceedings.

Bail: $
Conditions of Release:

This complaint, duly subscribed and sworn to or signed under penalty of perjury, is issued by the undersigned Judicial Officer as of the following date: September 10, 2021.

| Judicial Officer | Sally L. Tarnowski | Electronically Signed: 09/10/2021 03:42 PM |
|---|---|---|
| | Judge of District Court | |

Sworn testimony has been given before the Judicial Officer by the following witnesses:

---

**COUNTY OF ST. LOUIS**
**STATE OF MINNESOTA**

### State of Minnesota

Plaintiff

vs.

### ABRAHAM SIGUARD LEE

Defendant

*LAW ENFORCEMENT OFFICER RETURN OF SERVICE*
*I hereby Certify and Return that I have served a copy of this Summons upon the Defendant herein named.*

Signature of Authorized Service Agent:

4

## STATUTE AND OFFENSE GRID

| Cnt Nbr | Statute Type | Offense Date(s) | Statute Nbrs and Descriptions | Offense Level | MOC | GOC | Controlling Agencies | Case Numbers |
|---|---|---|---|---|---|---|---|---|
| 1 | Charge | 1/6/2021 | 609.344.1(c) Criminal Sex Conduct-3rd Degree-Force or Coercion | Felony | L5377 | N | MN0690600 | 21002032 |

## DEFENDANT FACT SHEET

**Name:**                                             ABRAHAM SIGUARD LEE

**DOB:**                                              11/17/1984

**Address:**                                          627 S 66th Avenue W
                                                      Duluth, MN 55807

**Alias Names/DOB:**

**SID:**                                              MN07088956

**Height:**

**Weight:**

**Eye Color:**

**Hair Color:**

**Gender:**                                           MALE

**Race:**                                             Black

**Fingerprints Required per Statute:**                Yes

**Fingerprint match to Criminal History Record:**     No

**Driver's License #:**                               C183050648912   (MN)

**Alcohol Concentration:**

STATE OF MINNESOTA                    DISTRICT COURT–CRIMINAL DIVISION
COUNTY OF ST. LOUIS                        SIXTH JUDICIAL DISTRICT

STATE OF MINNESOTA,

                    PLAINTIFF,              **NOTICE BY PROSECUTING**
                                            **ATTORNEY OF EVIDENCE OF**
V.                                          **ADDITIONAL OFFENSES**
                                            **PURSUANT TO RULE 7.02**
**ABRAHAM SIGUARD LEE,**

                                            DISTRICT COURT FILE NO. 69DU-CR-21-2918

                    DEFENDANT.

TO:    THE ABOVE-NAMED DISTRICT COURT, AND TO THE ABOVE-NAMED
       DEFENDANT'S ATTORNEY:

       Pursuant to Rule 7.02, Minnesota Rules of Criminal Procedure, I hereby advise you
that in the above-named case, the prosecution may offer at trial, to prove motive, intent, plan,
under any exception to the general exclusory rule, evidence of the following additional
offense(s):

       •    57-CR-07-912, July 2007, Criminal Sexual Conduct in the Third Degree
            (Thief River Falls Police Department, Minnesota) .

       •    12-CR-459, February 2012, Assault (Joliet Police Department, Illinois).

       •    CR-272-16, July-October, 2016, Assault, Terroristic Threats, Harassment,
            False Imprisonment, Stalking, Unlawful Dissemination of Intimate Image,
            Invasion of Privacy, & Resisting Arrest (Montgomery County, Pennsylvania).

       Dated at Duluth, Minnesota: October 28, 2021

                              Respectfully submitted,

                              ST. LOUIS COUNTY ATTORNEY

                              BY:  S/VICTORIA WANTA
                                   Assistant St. Louis County Attorney
                                   100 North Fifth Avenue West, #501
                                   Duluth, MN 55802-1298
                                   Telephone: 218-726-2323
                                   Fax: 218-726-2332

rl

STATE OF MINNESOTA                    DISTRICT COURT–CRIMINAL DIVISION
COUNTY OF ST. LOUIS                              SIXTH JUDICIAL DISTRICT

STATE OF MINNESOTA,

        PLAINTIFF,

                                **DISCLOSURE BY PROSECUTING**
V.                        **ATTORNEY PURSUANT TO RULE 9.01**

**ABRAHAM SIGUARD LEE,**
                        DISTRICT COURT FILE NO.  69DU-CR-21-2918
        DEFENDANT.

The State of Minnesota, prosecuting authority herein, pursuant to Rule 9.01 of the Minnesota Rules of Criminal Procedure, hereby makes the following disclosure in the above-entitled matter:

**A.**    **Witnesses' Names and Addresses:**

| | | | |
|---|---|---|---|
| 1 | Sergeant Jozef Miketin | Duluth Police Department | Duluth, MN 55811 |
| 2 | Michelle A. Pearlson | BCA | Bemidji, MN 56601 |
| 3 | Alisha Blazevic | Essentia Health Center | Duluth, MN 55805 |
| 4 | Kathryn Roche | MN BCA | St. Paul, MN 55106 |
| 5 | Investigator Shanda Braun | Duluth Police Department | Duluth, MN 55811 |
| 6 | Officer Joshua Norlander | Duluth Police Department | Duluth, MN 55811 |
| 7 | Officer Chris Beekmann | Duluth Police Department | Duluth, MN 55811 |
| 8 | Officer Michael Nitz | Duluth Police Department | Duluth, MN 55811 |
| 9 | Lisa Ann Oehlerking | Esssentia | Duluth, MN 55805 |
| 10 | Officer Kaylee Mcmillen | Duluth Police Department | Duluth, MN 55811 |
| 11 | Investigator Jacob Moldenhauer | Duluth Police Department | Duluth, MN 55811 |
| 12 | Jennifer Lei Nielsen | 701 West Superior St, Apt 1211 | Duluth, MN 55802 |

**B.**    **Reports and Statements:**

| NAME | FILE | FIRST | TTL |
|---|---|---|---|
| Reports | Abraham Lee Reports.pdf | 1 | 10 |
| SANE Exam.Confidential | SANE Exam.21002032.pdf | 11 | 16 |
| BCA Reports 1,2,3 | Abraham Lee.BCA Reports 1,2,3.pdf | 27 | 6 |

| | | | |
|---|---|---|---|
| Additional Photos of Texts | IMG_0374.pdf | 33 | 1 |
| Additional Photos of Texts | IMG_0376.pdf | 34 | 1 |
| Additional Photos of Texts | IMG_0375.pdf | 35 | 1 |
| Photos | 20210002_02ED06B6-I33B-4AD1-A73F-726967E91D80.thumbnail.pdf | 36 | 1 |
| Photos | 20210002_07B9A868-7DD9-4217-B7EA-21E5B224CED0.thumbnail.pdf | 37 | 1 |
| Photos | 20210002_23A43A8B-0C93-43C3-AAAA-2486753C5246.thumbnail.pdf | 38 | 1 |
| Photos | 20210002_31030DDB-929B-4BF4-B904-8DC14051C617.thumbnail.pdf | 39 | 1 |
| Photos | 20210002_3496F970-E97A-4E79-98AD-B79A0B43D478.thumbnail.pdf | 40 | 1 |
| Photos | 20210002_36127AB5-6E33-4822-9B85-F1A593100DD4.thumbnail.pdf | 41 | 1 |
| Photos | 20210002_CCD37F8D-3298-4EAA-A541-E14D1D6B7BA6.thumbnail.pdf | 42 | 1 |
| Photos | 20210002_413E3403-7F99-4509-B10E-9E022BAFABB6.thumbnail.pdf | 43 | 1 |
| Photos | 20210002_69318D26-FB80-4BAC-9CC3-C1FEFE665F74.thumbnail.pdf | 44 | 1 |
| Photos | 20210002_98BCC9B8-3F7F-4B05-83AA-5C6C5BC0F726.thumbnail.pdf | 45 | 1 |

| | | | |
|---|---|---|---|
| Photos | 20210002_9B78ABBC-CFB2-424F-9B25-839820D4EADD.thumbnail.pdf | 46 | 1 |
| Photos | 20210002_B10A45F8-250D-4EE1-909D-AA3EF61F13F8.thumbnail.pdf | 47 | 1 |
| Photos | 20210002_C5117030-47AC-4CC6-8200-04EFD61BA8C1.thumbnail.pdf | 48 | 1 |
| Photos | 20210002_371848A6-61C7-4788-BF99-946409E8C54C.thumbnail.pdf | 49 | 1 |
| Photos of Texts | 1.pdf | 50 | 1 |
| Photos of Texts | 2.pdf | 51 | 1 |
| Photos of Texts | 6.pdf | 52 | 1 |
| Photos of Texts | 4.pdf | 53 | 1 |
| Photos of Texts | 5.pdf | 54 | 1 |
| Photos of Texts | 3.pdf | 55 | 1 |
| 911 Calls | Abraham Lee.21002032, 01-06-2021_04.29.35.8p_-_3535.WAV | 56 | 1 |
| 911 Calls | Abraham Lee.21002032, 01-06-2021_11.02.32.2p_-_69.WAV | 57 | 1 |
| 911 Calls | Abraham Lee.21002032, 01-06-2021_10.09.04.5a_-_242.WAV | 58 | 1 |
| 10 BODY CAMERA VIDEOS | | 59 | 1 |
| Adult Rasmussen Notice Conf & ID Duluth | 01101750.pdf | | |
| Adult Spreigl Notice (Duluth) | 01101751.pdf | | |
| Adult 807 Notice Pleading - J.L.N. | 01101780.pdf | | |

| | |
|---|---|
| Criminal History | Abraham Lee Criminal History.pdf |
| Protective Order | Abraham Lee.69DU-CR-21-2918 ProtectOrder.pdf |
| Spreigl Reports | Abraham Lee.Spreigl Reports.pdf |
| Criminal Complaint | Abraham Lee Complaint.pdf |

TOTAL:   59

Any property that was seized as evidence is subject to return at the conclusion of the appeal period by contacting the law enforcement agency that seized the property.

Date: October 29, 2021                    ST. LOUIS COUNTY ATTORNEY

BY:   S/VICTORIA WANTA
        Assistant St. Louis County Attorney
        100 North Fifth Avenue West, #501
        Duluth, MN 55802-1298
        Telephone: 218-726-2323
        Fax: 218-726-2332

The undersigned prepared the foregoing disclosure for Defense Counsel on

October 29, 2021.

S/R.L.

STATE OF MINNESOTA

COUNTY OF ST. LOUIS

DISTRICT COURT–CRIMINAL DIVISION

SIXTH JUDICIAL DISTRICT

STATE OF MINNESOTA,

                    PLAINTIFF,

V.

ABRAHAM SIGUARD LEE,

                  DEFENDANT.

**NOTICE BY PROSECUTING ATTORNEY
OF EVIDENCE AND IDENTIFICATION
PROCEDURES PURSUANT TO RULE 7.01
AND DEMAND FOR DISCLOSURE
PURSUANT TO RULE 9.02**

DISTRICT COURT FILE NO. 69DU-CR-21-2918

TO:    The above-named defendant and his/her attorney:

Pursuant to Rule 7.01, MRCP, I hereby advise you that in the above-named case, the prosecution has:

    **___**    Evidence against the defendant obtained as a result of a search, search and seizure, wiretapping, or any form of electronic or mechanical eavesdropping.

    **X**    Confessions, admissions or statements in the nature of confessions made by the defendant.

    **___**    Evidence against the defendant discovered as the result of confessions, admissions or statements in the nature of confessions made by the defendant.

    **X**    Employed the following identification procedures during its investigation:

        **___**  Line-ups.

        **___**  Other observations of the defendant.

        **___**  The exhibition of photographs of the defendant or any other person.

        **X**  Others:

(More specific information may be obtained by contacting the prosecuting attorney)

    **Prosecution witnesses will not be available for testimony at the omnibus hearing unless a specific demand is made and a special hearing time is obtained by the defendant's attorney.**

<u>**DEMAND FOR DISCLOSURE**</u>

You are hereby requested to furnish the prosecuting attorney with all discovery required by MRCP 9.02 prior to Omnibus Hearing.

Dated: October 28, 2021.

                        ST. LOUIS COUNTY ATTORNEY

                        BY: S/VICTORIA WANTA
                             Assistant St. Louis County Attorney
                             100 North Fifth Avenue West, #501
                             Duluth, MN 55802-1298
                             Telephone: 218-726-2323
                             Fax: 218-726-2332

STATE OF MINNESOTA                    DISTRICT COURT - CRIMINAL DIVISION

COUNTY OF ST. LOUIS                          SIXTH JUDICIAL DISTRICT

---

STATE OF MINNESOTA,

                         PLAINTIFF,            **NOTICE BY PROSECUTING ATTORNEY OF OUT-OF-COURT STATEMENT PURSUANT TO RULE 807**

v.

**ABRAHAM SIGUARD LEE**,

                      DISTRICT COURT FILE NO. 69DU-CR-21-2918

                  DEFENDANT.

---

TO:    THE ABOVE-NAMED DISTRICT COURT, AND TO THE ABOVE-NAMED
        DEFENDANT'S ATTORNEY:

        PLEASE TAKE NOTICE, that the State intends to introduce the statements made by

J.L.N., pursuant to Rule 807 of the Minnesota Rules of Criminal Procedure.

        Dated: October 28, 2021.

                      Respectfully submitted,

                      ST. LOUIS COUNTY ATTORNEY

                      BY: S/VICTORIA WANTA
                          Assistant St. Louis County Attorney
                          100 N. 5th Ave. West, #501
                          Duluth, MN 55802
                          Telephone: 218-726-2323

rl

STATE OF MINNESOTA                    DISTRICT COURT–CRIMINAL DIVISION
COUNTY OF ST. LOUIS                          SIXTH JUDICIAL DISTRICT
----------------------------------------------------------------

STATE OF MINNESOTA,

        PLAINTIFF,

V.                                          **DISCLOSURE BY PROSECUTING**
                                            **ATTORNEY PURSUANT TO RULE 9.01**

**ABRAHAM SIGUARD LEE,**

                DISTRICT COURT FILE NO.  69DU-CR-21-2918

        DEFENDANT.

----------------------------------------------------------------

        The State of Minnesota, prosecuting authority herein, pursuant to Rule 9.01 of the Minnesota Rules of Criminal Procedure, hereby makes the following disclosure in the above-entitled matter:

**A.**    **Witnesses' Names and Addresses:**

| | | | |
|---|---|---|---|
| 1 | Sergeant Jozef Miketin | Duluth Police Department | Duluth, MN 55811 |
| 2 | Michelle A. Pearlson | BCA | Bemidji, MN 56601 |
| 3 | Alisha Blazevic | Essentia Health Center | Duluth, MN 55805 |
| 4 | Kathryn Roche | MN BCA | St. Paul, MN 55106 |
| 5 | Investigator Shanda Braun | Duluth Police Department | Duluth, MN 55811 |
| 6 | Officer Joshua Norlander | Duluth Police Department | Duluth, MN 55811 |
| 7 | Officer Chris Beekmann | Duluth Police Department | Duluth, MN 55811 |
| 8 | Officer Michael Nitz | Duluth Police Department | Duluth, MN 55811 |
| 9 | Lisa Ann Oehlerking | Esssentia | Duluth, MN 55805 |
| 10 | Officer Kaylee Mcmillen | Duluth Police Department | Duluth, MN 55811 |
| 11 | Investigator Jacob Moldenhauer | Duluth Police Department | Duluth, MN 55811 |
| 12 | Jennifer Lei Nielsen | 701 West Superior St, Apt 1211 | Duluth, MN 55802 |

**B.**    **Reports and Statements:**

| NAME | FILE | FIRST | TTL |
|---|---|---|---|
| Reports | Abraham Lee Reports.pdf | 1 | 10 |
| SANE Exam.Confidential | SANE Exam.21002032.pdf | 11 | 16 |
| BCA Reports 1,2,3 | Abraham Lee.BCA Reports 1,2,3.pdf | 27 | 6 |

| | | | |
|---|---|---|---|
| Additional Photos of Texts | IMG_0374.pdf | 33 | 1 |
| Additional Photos of Texts | IMG_0376.pdf | 34 | 1 |
| Additional Photos of Texts | IMG_0375.pdf | 35 | 1 |
| Photos | 20210002_02ED06B6-133B-4AD1-A73F-726967E91D80.thumbnail.pdf | 36 | 1 |
| Photos | 20210002_07B9A868-7DD9-4217-B7EA-21E5B224CED0.thumbnail.pdf | 37 | 1 |
| Photos | 20210002_23A43A8B-0C93-43C3-AAAA-2486753C5246.thumbnail.pdf | 38 | 1 |
| Photos | 20210002_31030DDB-929B-4BF4-B904-8DC14051C617.thumbnail.pdf | 39 | 1 |
| Photos | 20210002_3496F970-E97A-4E79-98AD-B79A0B43D478.thumbnail.pdf | 40 | 1 |
| Photos | 20210002_36127AB5-6E33-4822-9B85-F1A593100DD4.thumbnail.pdf | 41 | 1 |
| Photos | 20210002_CCD37F8D-3298-4EAA-A541-E14D1D6B7BA6.thumbnail.pdf | 42 | 1 |
| Photos | 20210002_413E3403-7F99-4509-B10E-9E022BAFABB6.thumbnail.pdf | 43 | 1 |
| Photos | 20210002_69318D26-FB80-4BAC-9CC3-C1FEFE665F74.thumbnail.pdf | 44 | 1 |
| Photos | 20210002_98BCC9B8-3F7F-4B05-83AA-5C6C5BC0F726.thumbnail.pdf | 45 | 1 |

| | | | |
|---|---|---|---|
| Photos | 20210002_9B78ABBC-CFB2-424F-9B25-839820D4EADD.thumbnail.pdf | 46 | 1 |
| Photos | 20210002_B10A45F8-250D-4EE1-909D-AA3EF61F13F8.thumbnail.pdf | 47 | 1 |
| Photos | 20210002_C5117030-47AC-4CC6-8200-04EFD61BA8C1.thumbnail.pdf | 48 | 1 |
| Photos | 20210002_371848A6-61C7-4788-BF99-946409E8C54C.thumbnail.pdf | 49 | 1 |
| Photos of Texts | 1.pdf | 50 | 1 |
| Photos of Texts | 2.pdf | 51 | 1 |
| Photos of Texts | 6.pdf | 52 | 1 |
| Photos of Texts | 4.pdf | 53 | 1 |
| Photos of Texts | 5.pdf | 54 | 1 |
| Photos of Texts | 3.pdf | 55 | 1 |
| 911 Calls | Abraham Lee.21002032, 01-06-2021_04.29.35.8p_-_3535.WAV | 56 | 1 |
| 911 Calls | Abraham Lee.21002032, 01-06-2021_11.02.32.2p_-_69.WAV | 57 | 1 |
| 911 Calls | Abraham Lee.21002032, 01-06-2021_10.09.04.5a_-_242.WAV | 58 | 1 |
| 10 BODY CAMERA VIDEOS | | 59 | 1 |
| Adult Rasmussen Notice Conf & ID Duluth | 01101750.pdf | | |
| Adult Spreigl Notice (Duluth) | 01101751.pdf | | |
| Adult 807 Notice Pleading - J.L.N. | 01101780.pdf | | |

| | |
|---|---|
| Criminal History | Abraham Lee Criminal History.pdf |
| Protective Order | Abraham Lee.69DU-CR-21-2918 ProtectOrder.pdf |
| Spreigl Reports | Abraham Lee.Spreigl Reports.pdf |
| Criminal Complaint | Abraham Lee Complaint.pdf |

TOTAL:   59

Any property that was seized as evidence is subject to return at the conclusion of the appeal period by contacting the law enforcement agency that seized the property.

Date: October 29, 2021

ST. LOUIS COUNTY ATTORNEY

BY:   S/VICTORIA WANTA
Assistant St. Louis County Attorney
100 North Fifth Avenue West, #501
Duluth, MN 55802-1298
Telephone: 218-726-2323
Fax: 218-726-2332

The undersigned prepared the foregoing disclosure for Defense Counsel on

October 29, 2021.

S/R.L.



# Case Report

## Detail



**Agency:** Duluth Police Department
**Agency #:** MN0690600

**Print Date/Time:** 02/20/2021 15:42

| General Information | | | |
|---|---|---|---|
| Case Number: | 2021-21002032 | Reporting Officer: | 5500 - Nitz, Michael |
| Occurred Location: | 101 W 3rd St 329, Duluth, 55806 | Reported Date: | 01/06/2021 10:09 |
| | | Incident Type: | Rape |
| Status: | Open | Occurred From: | 01/05/2021 18:00 |
| Status Date: | 01/06/2021 | Occurred Through: | 01/06/2021 04:00 |
| Disposition: | | Exceptional Clearance: | |
| Disposition Date: | | Exceptional Clearance Date: | |

| Assignments | | | |
|---|---|---|---|
| Assigned Officer: | 4132 - Braun, Shanda | Assigned By: | 4132 - Braun, Shanda |
| Assignment Type: | Lead Investigator | Assigned Date/Time: | 01/07/2021 07:30 |
| | | End Date: | |

| Solvability Factors | | |
|---|---|---|
| Description: | | Weight: |

| Modus Operandi |
|---|

| Offenses | | | | | |
|---|---|---|---|---|---|
| # | Statute Group | Group Agency | Crime Code | Statute | Description | Offense Date |
| 1 | State | | 11A - Forcible Rape | 609.344.1(c) | FE-3 Deg CSC Force or Coercion | 01/06/2021 |

| Offense #1 |
|---|

| Offense #1 - General | | | | | |
|---|---|---|---|---|---|
| Date: | 01/06/2021 | Statute Group: | State | UCR Return Code: | |
| Status: | | Group Agency: | | UCR Stolen Property: | |
| Status Date: | | Statute/Violation: | 609.344.1(c) | Attempt/Commit: | Committed |
| Location/Scene 1: | Residence/Home | Crime Code: | 11A - Forcible Rape | Submit Offense: | Yes |
| Location/Scene 2: | | Description: | FE-3 Deg CSC Force or Coercion | Counts: | 1 |
| Clery Location: | | Type: | State | Effective Date: | 08/01/2014 |
| Bias Motivation: | None | Sub-Type: | Mobile | Repealed Date: | |
| Gang 1: | | Reference #: | 99999-17552-1 | Unconstitutional Date: | |
| Gang 2: | | NCIC Code: | | | |

| Offense #1 - Criminal Drug Activity | | | |
|---|---|---|---|
| Activity Types: | None/Unknown | | |
| Drug Related: | Drug Type: | Origin of Drug: | Drug Precursors: |

| Offense #1 - Tools |
|---|
| Tools: |

Login Id: Shanda Braun

Page 1 of 6



# Case Report



**Agency:** Duluth Police Department
**Agency #:** MN0690600

## Detail

Print Date/Time: 02/20/2021 15:42

### Offense #1 - Burglary/Commercial/Intimidation

| | |
|---|---|
| Entry Type: | How Offender Left Scene: |
| Method of Entry: | Direction of Travel: |
| Point of Entry: | Larceny Type: |
| Exit Type: | Counterfeit Type: |
| Method of Exit: | Counterfeit Status: |
| Point of Exit: | Counterfeit Cash Amount: |
| # Of Premises Entered: | Cargo Theft: |

### Offense #1 - Case Offense Circumstance

| | | | |
|---|---|---|---|
| Carjacking: | No | Offender Suspected of Using Alcohol: | No |
| Gambling Motivated: | No | Offender Suspected of Using Drugs: | No |
| Anti-reproductive Rights Crime: | No | Offender Suspected of Using Computer: | No |
| Domestic Circumstance: | | Victim Suspected of Using Alcohol: | No |
| Precipitating Events: | | Victim Suspected of Using Drugs: | No |
| Lane: | | Victim Suspected of Using Computer: | No |
| Household Status: | | Previous Order of Protection: | |
| Premise Code: | | Previous Victim Domestic Violence: | |
| Special Circumstance: | | Previous Offender Domestic Violence: | |
| Accosting Situations: | | Carjacking Bump/Rob: | |
| Hate Bias Circumstance: | | Carjacking Witness: | |
| Hate Bias Indicator: | | Carjacking Shooting: | |

### Offense #1 - Supplemental Information

| | | | |
|---|---|---|---|
| Arson Code: | | Number of Adults: | |
| Child Abuse: | | Number of Juveniles: | |
| Gang Related: | | Property Damage Amount: | |
| Organized Group: | | Occupancy Code: | |
| Aiding/Abetting: | | Abandoned Structure: | No |
| Sub Code: | | | |

### Offense #1 - Weapons

| Weapon Type | Feature | Caliber | Gauge |
|---|---|---|---|
| None | | | |

### Offense #1 - Assault/Homicide

Primary Assault/Homicide Circumstance:

Primary Assault/Homicide Circumstance Comments:

Secondary Assault/Homicide Circumstance:

Login Id: Shanda Braun

Page 2 of 6



# Case Report

## Detail



**Agency:** Duluth Police Department
**Agency #:** MN0690600

**Print Date/Time:** 02/20/2021 15:42

Secondary Assault/Homicide Circumstance Comments:

Justifiable Homicide Circumstance:

Justifiable Homicide Code:

| Offense #1 - Domestic | |
|---|---|
| Domestic Code: | Time Spent (Years): |
| Child Protective Services: | Time Spent (Months): |
| Associated Adult Female Deaths: | Time Spent (Days): |
| Associated Adult Male Deaths: | Time Spent (Hours): |
| Associated Juvenile Female Deaths: | Time Spent (Minutes): |
| Associated Juvenile Male Deaths: | Time Spent (Seconds): |

**Offense #1 - Evidence Collected**

Types:

**Offense #1 - Security Systems**

Security Feature:

### Subjects

| Number | Type | Name | Address | Contact Information | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Suspect | LEE, ABRAHAM S | 627 S 66th Ave W, Duluth, 55807 | | Black | Male | 11/17/1984 |
| 2 | Victim | NIELSEN, JENNIFER L | 101 W 3rd St 329, Duluth, 55806 | | White | Female | 05/26/1992 |

### Properties

| Date | Codes | Type | Description | Class | Owner Name | Owner Type |
|---|---|---|---|---|---|---|

### Vehicles

| Number | Role | Type | Make/Model | Color | Plate/Registration | Year | State |
|---|---|---|---|---|---|---|---|

### Contributing Officers

| Number | Date | Officer | Supervisor | Approving User | Report Type |
|---|---|---|---|---|---|
| 1 | 01/07/2021 14:40 | 5500 - Nitz, Michael | 867 - Stolee, Thomas | Rhonda Bolin | Case Report |
| 2 | 01/07/2021 02:07 | 6019 - Norlander, Joshua | 815 - Radloff, Anthony | Rhonda Bolin | Supplement |
| 3 | 01/08/2021 16:35 | 5937 - McMillen, Kaylee | 871 - Mickus, Lisa | Rhonda Bolin | Supplement |

### Narratives

**Name:** Narrative    **Author:** 5500 - Nitz, Michael    **Supervisor:** 867 - Stolee, Thomas    **Date Created:** 01/06/2021 12:46

**Description:**

On 01-07-2021, I, Officer Nitz (squad 46) was dispatched to a call of a criminal sexual conduct at Cascade Springs, 101 West Third Street apartment 329 in Duluth, MN.

I responded to the call address and knocked on apartment 329, but received no answer. I then walked down to my squad and called the reporting party, who was identified as JENNIFER LEI NIELSEN (DOB 05/26/1992) NIELSEN stated

Login Id: Shanda Braun

Page 3 of 6



# Case Report

**Agency:** Duluth Police Department
**Agency #:** MN0690600

## Detail

**Print Date/Time:** 02/20/2021 15:42



she had matched with a male on a dating app. The two matched on 01-04-2021. The male was identified as ABRAHAM SIGUARD LEE (DOB 11/17/1984) LEE and NIELSEN matched on 01-04-2021. The two talked on the phone a lot and sent a couple messages. NIELSEN stated she invited LEE to come up and visit her in Duluth, as LEE lives in St. Cloud. NIELSEN later admitted that she told LEE he could spend the night, as she didn't want him to drive back to St. Cloud in the middle of the night. NIELSEN stated she invited LEE to come over around 1 p.m. on 01-05-2021. NIELSEN stated she didn't hear anything from him until around 3 pm and she thought LEE stood her up. NIELSEN stated she then blocked LEE on the dating app, but then forgot she had given LEE her phone number. NIELSEN said LEE told her he was on his way and NIELSEN told him to inform her when he arrived or is close. LEE texted NIELSEN around 6 and stated he was close and was asking if they had any drinks. NIELSEN told LEE she had non-alcoholic drinks. LEE said that was fine, but asked if they could go to a gas station so he could pick up some different not alcoholic beverages and cigarettes. NIELSEN stated LEE picked her up around 6:05 and they went to the Speedway off 6th Avenue East and 4th Street to get cigarettes and drinks.

NIELSEN stated they then went back to her apartment at Cascade Springs apartment 329. NIELSEN stated the two then began hanging out. NIELSEN stated LEE then made an advance towards her. I asked NIELSEN what that meant, and NIELSEN stated he started grabbing her legs, and motioned towards her vagina and legs and her breasts. NIELSEN stated she told him to stop, at which he did. NIELSEN stated a short time later, he continued to make his advance. NIELSEN stated LEE attempted to pull down her pants, at which point she said no. NIELSEN stated LEE continued and she had to hold her pants up. NIELSEN stated she continued saying no, and probably said no around 20 times. NIELSEN stated she also pushed him of. NIELSEN stated LEE continued. NIELSEN stated eventually she just let it happen. NIELSEN stated that LEE inserted his penis into her vagina and had sex with her. NIELSEN stated LEE did not wear a condom and LEE ejaculated both inside of her and believed some of the ejaculate landed on her bedsheets. NIELSEN stated that LEE performed oral sex on her, along with licking her butthole. NIELSEN stated LEE continued to try to get her to perform oral on him. NIELSEN stated she eventually did. NIELSEN stated she believed LEE would hurt her if she did not. NIELSEN also stated LEE never hurt her or threatened to hurt her when she denied him. NIELSEN stated after LEE had sex with her, she then got up and stated she was going to take a shower. LEE insisted on taking a shower with her. NIELSEN stated the two took a shower together. NIELSEN stated after the shower, the two went and laid in bed together. NIELSEN stated while they were in bed, LEE continued to try to lick her body. NIELSEN stated she believed it happened for around two hours, but was unsure because she did not have her phone on her and was not checking the time. NIELSEN stated she woke up around 0441 when LEE left. NIELSEN stated she knew it was 0441 because she received a text message from her cousin, who she had plans with from the day before to watch her nephew. NIELSEN was at her cousins house while I interviewed her. She was at 2807 West 2nd Street. NIELSEN stated after LEE left, she proceeded to block LEE's number.

During my interview with NIELSEN, she was very emotional and crying multiple different times. NIELSEN stated this has happened before where she has been raped. NIELSEN was reluctant to want to pursue charges due to the fact that this has happened in the past and one of her offenders have received jail time. I clarified what NIELSEN meant when she told dispatch that she was raped "kind of." NIELSEN stated that what she meant by that was that she did not want to have sex with LEE, but her body did. NIELSEN stated she told LEE multiple times that she did not want to have sex, but while LEE was having sex with her, her body did not hurt and the next morning, her body did not hurt.

I asked NIELSEN if she would go in for a SANE kit. NIELSEN stated she would. NIELSEN stated she would only go after her nephew was taken of. NIELSEN stated she could go to the hospital on 01-07-2021 because thats the only time she would have a ride. I then informed if she needed a ride at any point, that she could call 911 and we could give her a ride. I asked her about the clothes and the sheets. NIELSEN stated she would bring the sheets with her to the SANE exam and she was wearing the clothes from last night. NIELSEN stated she was wearing the clothes from last night because of her cousin stating she was five minutes away and she just grabbed the first things that were on the floor.

I then gave NIELSEN the blue card with the case number and how to get ahold of me if she had any questions. I informed her I would be sending this case to our Sex Crimes Unit.

I then called LEE to attempt to get a statement from LEE. I called LEE at 320-237-8822. I spoke with LEE about what had happened.

Login Id: Shanda Braun

Page 4 of 6



# Case Report
## Detail



Agency: Duluth Police Department
Agency #: MN0690600

Print Date/Time: 02/20/2021 15:42

LEE stated he met NIELSEN on a dating app and NIELSEN asked him to come over. LEE stated NIELSEN offered to let him stay the night since he is traveling from St. Cloud to Duluth. LEE stated he got there around 6 PM. NIELSEN stated they went to the store to get non alcoholic beverages and cigarettes. NIELSEN stated after they went to the gas station, they went back to NIELSENs apartment. LEE stated at the apartment, the two were hanging out watching movies. LEE stated the two began kissing. LEE stated that NIELSEN told him to "fuck me." LEE stated that they had consensual sex. LEE stated they performed oral sex on each other. LEE stated the two then showered together. LEE stated he then woke up and drove home. LEE stated he never forced anything sexually with NIELSEN. LEE stated he texted NIELSEN to see if they were now dating and that is when NIELSEN accused him of raping her. NIELSEN, earlier in the interview, stated she was autistic. I then asked LEE if he knew NIELSEN was autistic. LEE stated no, he did not know she was autistic but knew NIELSEN was suffering from mental health and she had been dealing with other issues since she had been raped before. LEE stated he contacted the St. Cloud Police Dept. to file his side of the story. LEE told me suffers from PTSD from the war and that he was planning on suing NIELSEN for defamation of character. LEE reiterated that at no time did he rape NIELSEN.

I spoke with Sergeant Miketin and informed him of my case. This case will be sent to the Sex Crimes Unit.

I spoke to Investigator Beekmann about this case. My body camera was on and will be labeled accordingly.

It should be noted at approximately 5 PM I was notified by dispatch that NIELSEN had called back requesting a ride to the hospital for a SANE exam. I picked NIELSEN up from 2807 West 2nd Street. I gave NIELSEN a ride to St. Mary's Hospital for a SANE exam. End of report.

| Name: Narrative | Author: 6019 - Norlander, Joshua | Supervisor: 815 - Radloff, Anthony | Date Created: 01/07/2021 01:06 |
|---|---|---|---|

Description:

on 1/7/2021, I Officer Norlander/606 was dispatched to 407 E. 3rd st, Essentia, to collect a sexual assault kit from an incident that occured earlier on 1/6/2021 involving JENNIFER LEI NIELSEN DOB 5/25/1992.

I arrived on scene and collected the sexual assault kit and brown paper bag containing underwear from Nurse LISA ANN OEHLERKING DOB 2/19/1983. OEHLERKING retrieved the kit and underwear from the Essentia evidence fridge and chain of custody was exchanged at 0006 hours on 1/7/2021. Both kit and brown bag with underpants had been sealed with evidence tape and the seals were still intact when i received them.

I transported the kit and underpants to Duluth Police Department headquarters where it was entered into the refrigerated intake locker "B" at 0056 hours.

The sexual assault kit lot number is 49489 and the expiration date is 6/3/2024.

Login Id: Shanda Braun

Page 5 of 6



# Case Report

## Detail



**Agency:** Duluth Police Department
**Agency #:** MN0690600

**Print Date/Time:** 02/20/2021 15:42

---

**Name:** Narrative          **Author:** 5937 – McMillen, Kaylee   **Supervisor:** 871 – Mickus, Lisa          **Date Created:** 01/08/2021 16:20

**Description:**

On 01/08/2021, I Officer McMillen #597, in squad 36, responded to a re-opened CSC call. When I arrived at 2807 W 2nd St, JENNIFER LEI NIELSEN came outside and handed me a plastic bag with a bed sheet in it. NIELSEN advised me Officers who initially responded told her to call back once she collected it, she collected it on 01/07/2021 but stated she was too overwhelmed to call. NIELSEN also informed me she threw up because of the incident, she stated nurses advised her this is common. I collected the bed sheets and transported them to the PSB and entered them into evidence.

# DULUTH POLICE DEPARTMENT

## CASE SUPP REPORT

2030 N Arlington Ave

Duluth MN 55811

CASE# 2021-21002032

**EVENT**

| SUPP DATE/TIME | | LOCATION |
|---|---|---|
| 1/6/2021   10:09 AM | | Duluth, MN 55806 |

**OFFENSES**

| STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |

Disclaimer: For Law Enforcement Use Only. Not For Public Dissemination.

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| Moldenhauer #1DU537 | 1/6/2021 | Moldenhauer, Jacob |

DPD Supplemental 2021-21002032 Page 1 OF 2

# DULUTH POLICE DEPARTMENT
## CASE SUPP REPORT

CASE# 2021-21002032

2030 N Arlington Ave
Duluth MN 55811

---

## SUPPLEMENTAL NARRATIVE

---

On 09/08/2021 I, Investigator Moldenhauer, was advised by Vicky Wanta, a St Louis County Prosecutor, the victim for this case had more text messages she wanted to provide to Police. The victim was already identified as Jennifer Lei Nielsen 05/26/1992. The suspect was already identified as Abraham Sigurd Lee 11/17/1984.

On 09/09/2021 I met with Nielsen at the Public Safety Building. Nielsen said she recieved text messages from Lee and wanted to be transparent in this investigation and wanted us to have them. These were not messages we have obtained from her at this point. I took three pictures of the text messages. The messages were dated Jan 5th at 3:04 P.M. to 5:22 P.M. The phone number in the text conversation was 320-237-8822. In the text messages Lee says, "Unblock me I'm driving. Its abraham I woke up at 1pm". It is a short conversation where Lee says he showered and shaved and makes small talk. Lee sends the first message to Nielsen. For full details on the text messages see the three pictures I have entered into records.

My conversation with Nielsen was recorded on my body camera. I will send the new photos to the county attorney.

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| 1DU537 Moldenhauer | 1/6/2021 | Moldenhauer, Jacob 09/09/2021 |

DPD Supplemental 2021-21002032 Page 2 OF 2

# CRIMINAL SEXUAL CONDUCT
## Evidence Submission Form



001-EV-CSC-D Authorized by: SJS

Issue Date: 11/01/2018

☒ New Case
☐ Additional BCA Lab Case# _____
☐ Resubmission BCA Lab Case# _____

1430 Maryland Ave E
St. Paul, MN 55106
Phone: 651-793-2900
Fax 651-793-2901

3700 N Norris Ct NW
Bemidji, MN 56601
Phone: 218-755-6600
Fax 218-755-6623

101 11th Ave N
St. Cloud, MN 56303
Phone: 320-249-2829
Fax 651-793-2901

Website: bca.dps.mn.gov
Email: bca.lab.vault@state.mn.us

Complete pages 1 and 2

| County of Offense<br>St Louis | Date of Offense<br>01/05/2021 | Time of Offense (military time)<br>22:00 | Jury Trial Date |
|---|---|---|---|
| Investigating Agency<br>Duluth Police Department | | Submitting Agency<br>Duluth Police Department | |
| Investigating Officer's Name<br>Investigator Shanda Braun | | Submitted by | |
| Investigating Officer's Direct Phone & Email Address<br>218-730-5461 and sbraun@duluthmn.gov | | Additional Agencies Involved | |
| Investigating Agency Case / ICR #<br>21002032 | | Location of Offense<br>101 W. 3rd St, Apt 329 | |
| Prosecutor's Name and Contact Information | | | |

### Associated Individuals (S=Suspect, V=Victim, E=Elimination, O=Other/Owner)

| | S/V/E/O | Name (Last, First, Middle) | Sex | Race | DOB (MM/DD/YYYY) | SID/FBI Number |
|---|---|---|---|---|---|---|
| 1 | V | Nielsen, Jennifer Lei | F | W | 05/26/1992 | |
| 2 | S | Lee, Abraham Siguard | M | B | 11/17/1984 | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |

### Description of Evidence

SAB   I affirm that all sexual assault examination kits being submitted are "unrestricted" as defined in MN Statute 299C.106.
(initials) "Restricted" kits will not be accepted for forensic testing. (This includes associated blood/urine toxicology kits.)

| Agency Item# | Brief Description and Recovery Location | Individual Associated (use number(s) above) | Known (K) Unknown (U) | | Requested Analysis (refer to codes below) | Other Information (e.g. DME: passwords/PINs, DRG: Fed. quant, suspected fentanyl, previous BCA item #, etc.) |
|---|---|---|---|---|---|---|
| 1 | Sexual Assault Kit | 1 | ⊙K | ○U | DNA | |
| | | | ○K | ○U | | |
| | | | ○K | ○U | | |
| | | | ○K | ○U | | |
| | | | ○K | ○U | | |
| | | | ○K | ○U | | |
| | | | ○K | ○U | | |
| | | | ○K | ○U | | |

### Brief Summary of Case and Special Circumstances

| Jennifer Nielsen met Abraham Lee on a dating app on-line. She invited him to visit and told him he could spend the night since he would be driving from St. Cloud. She reported that he sexually assaulted her by penetrating her vagina with his penis. She also said he performed oral sex on her and had her perform oral sex on him. Abraham Lee said the sex was consensual. | Requested Analysis Codes<br>ALC: Alcohol<br>DRG: Drug Chemistry<br>DNA: DNA<br>DME: Digital & Multimedia Evidence<br>LP: Latent Prints<br>TRA: Trace Evidence<br>TOX: Toxicology |
|---|---|

Page 1 of 2

**CRIMINAL SEXUAL CONDUCT**
**Evidence Submission Form**
001-EV-CSC-D   Authorized by: SJS
Issue Date: 11/01/2018

Minnesota Bureau of Criminal Apprehension
Forensic Science Services

Website: bca.dps.mn.gov
Email: bca.lab.vault@state.mn.us

**Investigating Agency**
Duluth Police Department

**Agency Case #** 21002032

**PLEASE CHECK THE SECTIONS THAT CORRESPOND TO REQUESTED TESTING ON PAGE 1 AND ANSWER ALL ASSOCIATED QUESTIONS**

---

**☒ DNA and/or LP** (DNA, LP)

Has the evidence been previously processed for latent prints? ☐ Yes ☐ No

Are images of processed prints being provided? ☐ Yes ☐ No

Is there additional evidence available that has not been submitted (e.g. clothing, bedding, objects)? ☒ Yes ☐ No

Are known DNA samples and/or prints available from all principals? ☐ Yes ☒ No      If No, will they be provided? ☐ Yes ☐ No
Please Note: DNA samples collected from convicted offenders for inclusion in the DNA database CANNOT be used as evidence specimens.
Please Note: Known prints for law enforcement are NOT kept on file.

If evidence is being examined for prints in blood, is there a question as to the source of the blood? ☐ Yes ☐ No

Does this case involve swabs taken from a weapon? ☐ Yes ☐ No
If Yes, written permission to consume the evidence must be submitted prior to testing.

---

**☐ Alcohol and/or Toxicology** (ALC, TOX)
**If submitting blood and/or urine kits, you must also submit a completed kit sheet and/or SARS/SANE printout.**

Amount of time elapsed between alleged assault and sexual assault exam:
☐ Less than 24 hours          ☐ More than 24 hours but less than 48 hours          ☐ More than 48 hours
  Submit blood and urine samples      No ALC testing will be performed, submit blood and urine samples for drug analysis      No ALC testing will be performed, submit urine only for drug analysis

**Suspected Drug-Facilitated Sexual Assault (DFSA):**
Was Medication given at the medical facility before or after sample collection? ☐ Before ☐ After ☐ N/A
  List medication(s):

Did the victim acknowledge taking any drugs (e.g. recreational, prescription, over-the-counter)? ☐ Yes ☐ No
  If Yes, list drug(s):

Did the victim consume alcohol? ☐ Yes ☐ No  If Yes, how much and over what time frame?

Did the victim ☐ have amnesia ☐ become unconscious ☐ blackout?  List any symptoms the victim described:

Were there any witnesses? ☐ Yes ☐ No  If Yes, summarize witness account:

---

**☐ Trace Evidence** (TRA)
  ☐ Fibers      ☐ Glass      ☐ Hairs      ☐ Physical Match      ☐ Shoeprints      ☐ Tape      ☐ Other:

Were the suspect and victim acquainted with each other? ☐ Yes ☐ No ☐ N/A

Did the suspect have legitimate access to the scene? ☐ Yes ☐ No      Have known samples been collected? ☐ Yes ☐ No ☐ N/A

---

**☐ Drug Chemistry** (DRG)
Are any items associated with a suspected drug-facilitated sexual assault? ☐ Yes ☐ No  If Yes, list items:

---

**☐ Digital & Multimedia Evidence** (DME)
Type of legal authorization provided: ☐ Search Warrant ☐ Consent ☐ Other (explain):

Keywords to be searched:

Has this evidence been previously viewed forensically? ☐ Yes ☐ No
  If Yes, describe circumstance and identity of those involved:

Is there any privileged information contained within the evidence? ☐ Yes ☐ No
  If Yes, describe:

Who will be the contact for previewing the evidence or for digital evidence-specific questions?

Print Form



# MINNESOTA DEPARTMENT OF PUBLIC SAFETY
## Bureau of Criminal Apprehension
## Forensic Science Laboratory - Bemidji
3700 N. Norris Court NW
Bemidji, MN 56601
TEL: 218-755-6600  FAX: 218-755-6623

## AN ANAB ACCREDITED TESTING LABORATORY - ISO/IEC 17025

| | | | |
|---|---|---|---|
| **To:** | Duluth Police Department<br>2030 North Arlington Avenue<br>Duluth, MN 55811 | **Lab No.** | B21-02008 |
| **Attention:** | Shanda Braun | **Report No.** | 1 |

## REPORT ON THE EXAMINATION OF PHYSICAL EVIDENCE
### DNA    02/21/2021

| | | | |
|---|---|---|---|
| **Laboratory Number:** | B21-02008 | **Requesting Agency:** | Duluth Police Department |
| **Section Reporting:** | DNA | **Agency Case Number:** | 21002032 |
| **Case Type:** | Criminal Sexual Conduct | **County:** | St. Louis |

**Principals:**    Jennifer Lei Nielsen;  Abraham Siguard Lee

**Description of Submitted Evidence:**

| Item | Type and Packaging | Description | Source |
|---|---|---|---|
| 1 | Item submitted as evidence classified as sexual assault evidence kit | Agency Item 1 | Jennifer Lei Nielsen |
| 1A | One envelope containing evidence classified as a known blood sample | | |
| 1B | One envelope containing evidence classified as vaginal swabs | | |
| 1C | One envelope containing evidence classified as perineal swabs | | |
| 1D | One envelope containing evidence classified as miscellaneous swabs | neck | |
| 1E | One envelope containing evidence classified as miscellaneous swabs | back | |
| 1F | One envelope containing evidence classified as miscellaneous swabs | left hand, under fingernails | |
| 1G | One envelope containing evidence classified as miscellaneous swabs | right hand, under fingernails | |
| 1H | One envelope containing evidence classified as cervical swabs | | |

**Results of Laboratory Examination:**
DNA extraction and quantitation were performed on Items 1B through 1H.

Based on the male versus total DNA quantities, the results are as follows:

| Items suitable for autosomal DNA testing | Items suitable for Y-STR DNA testing | Items not suitable for DNA testing |
|---|---|---|
| | | |

Page 1 of 2

Lab No.  B21-02008
Report No.  1

| 1B sperm cell fraction | 1B non-sperm cell fraction | 1C sperm cell fraction |
|---|---|---|
| 1D | 1C non-sperm cell fraction | 1G |
| 1E | 1F | |
| 1H sperm cell fraction | 1H non-sperm cell fraction | |

DNA analysis will be performed on selected items. If you have not received a report within two months of the date on this report, or if DNA analysis is not needed, please contact the Biology Section of the BCA Laboratory.

Please submit a known DNA sample from Abraham Siguard Lee.

I hereby certify that the above report is true and accurate and represents my opinions and interpretations.

*Michelle A. Pearson*

Michelle Pearlson
Forensic Scientist

**Disposition Policy:**
Evidence will be returned by delivery service.

The contents of Items 1A through 1H have been retained.

Item 2 (extracts) will be retained by the laboratory.

**Distribution:**
Duluth Police Department

000028



# MINNESOTA DEPARTMENT OF PUBLIC SAFETY
## Bureau of Criminal Apprehension
### Forensic Science Laboratory - St. Paul
1430 Maryland Avenue East
St. Paul, MN 55106
TEL: 651-793-2900 TTY: 651-242-6555 FAX: 651-793-2901

## AN ANAB ACCREDITED TESTING LABORATORY - ISO/IEC 17025

| | | | |
|---|---|---|---|
| **To:** | Duluth Police Department | **Lab No.** | B21-02008 |
| | 2030 North Arlington Avenue | | |
| | Duluth, MN 55811 | | |
| **Attention:** | Shanda Braun | **Report No.** | 2 |

### REPORT ON THE EXAMINATION OF PHYSICAL EVIDENCE
*DNA    05/19/2021*

| | | | |
|---|---|---|---|
| **Laboratory Number:** | B21-02008 | **Requesting Agency:** | Duluth Police Department |
| **Section Reporting:** | DNA | **Agency Case Number:** | 21002032 |
| **Case Type:** | Criminal Sexual Conduct | **County:** | St. Louis |

**Principals:**    Jennifer Lei Nielsen;  Abraham Siguard Lee

**Description of Submitted Evidence:**

| Item | Type and Packaging | Description | Source |
|---|---|---|---|
| 1 | Item submitted as evidence classified as sexual assault evidence kit | Agency Item 1 | Jennifer Lei Nielsen |
| 1A | One envelope containing evidence classified as a known blood sample | | |
| 1H | One envelope containing evidence classified as cervical swabs | | |

**Results of Laboratory Examination:**
DNA profiling* was performed on Items 1A and 1H. The DNA results are as follows:

Item 1H (sperm cell fraction)
- Single source male DNA profile
- Does not match Jennifer Lei Nielsen
- This unidentified DNA profile will be entered into the Minnesota DNA Databases and the National DNA Index System to be periodically searched as DNA profiles are added to these databases. Your agency will be notified if any matches are obtained.
- Further comparisons can be made to this DNA profile if a suspect is developed and a known DNA sample is submitted to the BCA Laboratory

I hereby certify that the above report is true and accurate and represents my opinions and interpretations.

Page 1 of 2

Lab No. B21-02008
Report No. 2

Kathryn Roche
Forensic Scientist

*DNA STR loci tested using PCR includes some or all of the following: D3S1358, vWA, D16S539, CSF1PO, TPOX, Yindel, Amelogenin, D8S1179, D21S11, D18S51, DYS391, D2S441, D19S433, TH01, FGA, D22S1045, D5S818, D13S317, D7S820, SE33, D10S1248, D1S1656, D12S391, D2S1338, Penta E, D6S1043, DYS576 and DYS570.

**Disposition Policy:**
Evidence was previously returned.

The DNA profile(s) obtained will be initially searched within two weeks of the date of this report and periodically thereafter.  You will receive a laboratory report if any associations are made.

**Distribution:**
Duluth Police Department

Page 2 of 2



# MINNESOTA DEPARTMENT OF PUBLIC SAFETY
Bureau of Criminal Apprehension
Forensic Science Laboratory - St. Paul
1430 Maryland Avenue East
St. Paul, MN 55106
TEL: 651-793-2900 TTY: 651-242-6555 FAX: 651-793-2901

### AN ANAB ACCREDITED TESTING LABORATORY - ISO/IEC 17025

| | | | |
|---|---|---|---|
| **To:** | Duluth Police Department | **Lab No.** | B21-02008 |
| | 2030 North Arlington Avenue | | |
| | Duluth, MN 55811 | | |
| **Attention:** | Shanda Braun | **Report No.** | 3 |

### REPORT ON THE EXAMINATION OF PHYSICAL EVIDENCE
*DNA    06/24/2021*

| | | | |
|---|---|---|---|
| **Laboratory Number:** | B21-02008 | **Requesting Agency:** | Duluth Police Department |
| **Section Reporting:** | DNA | **Agency Case Number:** | 21002032 |
| **Case Type:** | Criminal Sexual Conduct | **County:** | St. Louis |

**Principals:**    Jennifer Lei Nielsen;  Abraham Siguard Lee

**Description of Submitted Evidence:**

| Item | Type and Packaging | Description | Source |
|---|---|---|---|
| 1 | Item submitted as evidence classified as sexual assault evidence kit | Agency Item 1 | Jennifer Lei Nielsen |
| 1H | One envelope containing evidence classified as cervical swabs | | |

**Results of Laboratory Examination:**

A male DNA profile* was previously obtained from the sperm cell fraction of Item 1H which has been searched through the Minnesota Convicted Offender DNA Database. This DNA profile matches the DNA profile from the offender sample said to be from Abraham Sigurd Lee. Offender samples are not considered evidentiary samples; therefore, additional testing can be performed following the submission of a known sample from Abraham Sigurd Lee to the BCA Laboratory.

Offender Information

| Name | Abraham Sigurd Lee |
|---|---|
| Date of Birth | 11/17/1984 |
| FBI # | 183906TC9 |
| SID # | MN07088956 |

This male DNA profile was also searched through the Minnesota DNA Databases and matches a DNA profile from the case listed in the table below.

Case Information

| BCA Laboratory Case # | B07-07996 |
|---|---|
| Submitting Agency | Thief River Falls Police Department |
| Agency Case # | 075372 |

Page 1 of 2

Lab No. B21-02008
Report No. 3

| Agency Contact | Teresa Mattison |
|---|---|
| Agency Telephone # | 218-681-6161 |

I hereby certify that the above report is true and accurate and represents my opinions and interpretations.

Kathryn Roche
Forensic Scientist

*DNA STR loci tested using PCR includes some or all of the following: D3S1358, vWA, D16S539, CSF1PO, TPOX, Yindel, Amelogenin, D8S1179, D21S11, D18S51, DYS391, D2S441, D19S433, TH01, FGA, D22S1045, D5S818, D13S317, D7S820, SE33, D10S1248, D1S1656, D12S391, D2S1338, Penta E, D6S1043, DYS576 and DYS570.

**Disposition Policy:**
Evidence was previously returned.

Any associations identified through a search of the Minnesota DNA Databases and NDIS should be treated as investigative information.

If this association is determined to be from someone other than a perpetrator, the BCA Laboratory should be notified so that the forensic profile can be removed from the DNA database.

**Distribution:**
Duluth Police Department

Page 2 of 2

STATE OF MINNESOTA

**FILED**

DISTRICT COURT

COUNTY OF PENNINGTON

JAN 2 9 2009

NINTH JUDICIAL DISTRICT

~~PENNINGTON COUNTY~~
COURT ADMINISTRATION

State of Minnesota,

No. 60-CR-07-912

Plaintiff,

v.

**JURY VERDICT FORM**

Abraham Sigurd Lee,

Defendant.

---

## JURY VERDICT

We, the Jury, duly empanelled to hear and decide the above-captioned case, hereby return a unanimous verdict for the following offense charged against the above-named defendant:

## CRIMINAL SEXUAL CONDUCT IN THE THIRD DEGREE

☒ NOT GUILTY

☐ GUILTY

Dated: _1-29-09_

_Jeanette A. Walseth_
FOREPERSON
Thief River Falls, Pennington County, Minnesota