

FROM:
ABRAHAM LEE
4116 WINNETKA AVE NORTH
NEW HOPE MN 55428

TO:
EDWARD J. DEVITT
UNITED STATES COURTHOUSE
118 SOUTH MILL STREET
212 USPO BUILDING
FERGUS FALLS, MINNESOTA
56537

Ship To:
118 S MILL ST
STE 212
FERGUS FALLS MN 56537-2576

USPS TRACKING #: 9505 5158 7086 2028 6590 58

RECEIVED FEB 04 2022 CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

SCANNED FEB 07 2022 U.S. DISTRICT COURT MPLS



# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

## FLAT RATE ENVELOPE
ONE RATE ◼ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## TRACKED ◼ INSURED



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.